IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RODRIGO ALEJANDRO MUNIZ,<br><br>Defendant. | **8:23CR215**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 428). The Court has carefully reviewed this case and finds as follows:

1.     On December 5, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 395) forfeiting defendant Jose Rodrigo Alejandro Muniz's interest in $2,750 in United States currency seized from his possession on September 26, 2023.

2.     Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 9, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication (Filing No. 427) was filed in this case on February 9, 2026.

3.     The government has advised the Court that no Petitions have been filed.   A review of the record supports that assertion.

4.     The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 428) is granted.

2.      All right, title and interest in and to the $2,750 in United States currency seized from defendant Jose Rodrigo Alejandro Muniz's possession on or about September 26, 2023, held by any person or entity are forever barred and foreclosed.

3.      The $2,750 in United States currency is forfeited to the government.

4.      The government is directed to dispose of the $2,750 in United States currency in accordance with law.

Dated this 17th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge