IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ALEJANDRO MUNIZ, et al,<br><br>              Defendants. | 8:23CR215<br><br>NOTICE TO WITHDRAW<br>APPEARANCE |

Danielle Fliam hereby withdraws her appearance as Assistant United States Attorney on behalf of the United States in the above-captioned case.

Please remove the undersigned from future pleadings and correspondence.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ *Danielle J. Fliam*
       DANIELLE J. FLIAM, #25658
       Assistant U.S. Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE  68508
       Tel:  (402) 437-5241
       E-mail:  danielle.fliam@usdoj.gov